UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )  )  )  )  ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Linda Marlene Crothers v. Bayer Corporation, et al.* | No. 10-cv-10837-DRH |
| *Sylonda Davis v. Bayer Corporation, et al.* | No. 11-cv-11179-DRH |
| *Evelyn Mercedes Inciarte-Lurer, et al. v. Bayer Corporation, et al.* | No. 12-cv-10309- DRH |
| *Indy Anna Ladd v. Bayer Corporation, et al.* | No. 10-cv-10923-DRH |
| *Jamie McIntyre v. Bayer Corporation, et al.* | No. 09-cv-10157-DRH |
| *Carrie Anne Miller v. Bayer Corporation, et al.* | No. 10-cv-10780-DRH |
| *Amanda Pomeroy v. Bayer Corporation, et al.* | No. 12-cv-10868-DRH |
| *Lorena Scandrick v. Bayer Corporation, et al.* | No. 11-cv-10416-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**

                                      **BY:**   */s/Sara Jennings*
                                                **Deputy Clerk**

**Dated:** April 23, 2014

Digitally signed by David R. Herndon
Date: 2014.04.23 11:24:00 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**